# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON KING,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>L-3 COMMUNICATIONS CORPORATION d/b/a L-3 ELECTRON TECHNOLOGIES INC.,<br><br>　　　　Defendant. | Case No.: CV 11-1077 DSF (JCx)<br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS AND ORDER TO SHOW CAUSE RE SUGGESTION OF RECUSAL |

　　　　On February 15, 2011, this Court issued its Order Setting Scheduling Conference. Pursuant to the Order, and to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rules 16 and 26, the scheduling conference was set for April 11, 2011, at 11:00 a.m. and counsel were to confer and to file with the Court, no later than seven days before the scheduling conference, a Joint Rule 26(f) Report. No Report has been filed.

　　　　Plaintiff is ordered to attend the conference (in person or through counsel) and show cause why this action should not be dismissed, and why sanctions should not be imposed pursuant to Local Rule 83-7, for Plaintiff's failure to

prosecute this action and failure to comply with the Court's order and the Federal Rules of Civil Procedure.

Plaintiff has suggested in correspondence to the Ninth Circuit that this Court should recuse itself based on its alleged ownership of stock in L-3 Communications. Plaintiff is ordered to be prepared to explain why Plaintiff believes the Court owns stock in that entity.

If Plaintiff fails to appear, this action will be dismissed.

IT IS SO ORDERED.

Dated: 4/5/11  _____

Dale S. Fischer
United States District Judge

c: Christian Garris, esq.

2