JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON KING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L-3 COMMUNICATIONS CORP.,<br><br>　　　　　Defendant. | CASE NO. CV 11-1077 DSF (JCx)<br><br>JUDGMENT |

　　　The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the motion for summary judgment be granted,

　　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 12/16/11

　　　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　United States District Judge